■ ELEANOR M. WINKELMAN, Respondent-Appellant, v. BERNARD WINKELMAN, Appellant-Respondent.— Judgment so far as appealed from unanimously affirmed, without costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. NATALIO PAGAN, Appellant.— Order reversed, on the law and on the facts, and the complaint dismissed. The evidence is insufficient to meet the test laid down by the courts in this State that the evidence be "entirely satisfactory" to sustain an order of filiation. (See Commissioner of Public Welfare [Carr] v. Kotel, 256 App. Div. 352.) Concur — Breitel, J. P., Rabin, M. M. Frank and Stevens, JJ.; Valente, J., dissents and votes to affirm.

■ CHARLES S. CRESSY, Respondent, v. 79 REALTY CORPORATION et al., Defendants, and FRED REINAU, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ P. FLANIGAN & SON, INC., Appellant, v. LIZZA & SON, INC., et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of JOHN J. DE LURY, Individually and on Behalf of All Others Similarly Situated, Appellant, against ASSOCIATED HOSPITAL SERVICE OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ MARGARET GORDON, Respondent, v. SIMON GLUCKMAN, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ BETTIE A. DAVIS, Respondent, v. JOHN F. FOLEY, Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of RAYMOND J. SCANLAN, JR., et al., Appellants, against ROBERT F. WAGNER et al., Constituting the Board of Estimate and Apportionment of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABBOTT MAINTENANCE CORP., Defendant, and INSTALMENT DEPARTMENT, INC., Appellant.— Orders denying motion to vacate temporary injunction and granting cross motion to appoint receiver unanimously reversed, on the law, without costs, the injunction vacated and the cross motion denied, with leave, however, in the exercise of discretion, to the Attorney-General to renew his application for a temporary injunction and the appointment of a temporary receiver, if he is so advised. Plaintiff's supporting papers are insufficient with respect to defendant-appellant Instalment Department, Inc. They do not show that such defendant-appellant had more than a general knowledge of the nature of the business conducted by Abbott Maintenance Corp. Nor is it sufficient merely to state the conclusions of the investigators, even as to the activities of Abbott Maintenance Corp. Settle order on 15 days' notice. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.